# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

JARRETT MILLER,

    Plaintiff,

v.

JAMES DZURENDA et al.,

    Defendants.

Case No. 2:18-cv-00940-RFB-NJK

ORDER

Plaintiff Jarrett Miller sued defendants on May 22, 2018. ECF No. 1-1. After the complaint was screened, ECF No. 4, this matter was referred to the District Court's Inmate Early Mediation Program and set for mediation on Friday, August 23, 2019. ECF No. 8. Miller then filed a notice of change of address, indicating he was in custody at the Clark County Detention Center ("CCDC") in Las Vegas, Nevada. ECF No. 9.

To allow the mediation to occur without delay, **IT IS ORDERED** that the CCDC Warden and the Office of the Nevada Attorney General facilitate video conferencing on August 23, 2019 between Miller and the defendants in accordance with the Court's June 20, 2019 order. **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order by certified, expedited mail to the following address:

/ / /

/ / /

/ / /

**Robert W Freeman , Jr.**
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
702-893-3383
Fax: 702-893-3789

DATED: <u>August 19, 2019</u>.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**