UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JARRETT MILLER,

        Plaintiff,

v.

AMELIA PORCIUNCULA, *et al*,

        Defendants.

Case No. 2:18-cv-00940-RFB-NJK

**ORDER TO PRODUCE
JARRETT MILLER, #2706615**

TO:     WARDEN, CLARK COUNTY DETENTION CENTER;
           UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
           AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JARRETT MILLER, #2706615**, is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **JARRETT MILLER, #2706615**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Friday, February 7, 2020, at the hour of 1:30 PM, in Room #3054 to attend an inmate early mediation conference hearing in the instant matter, and arrange for his appearance on said date as

ordered and directed by the Court entitled above, until **JARRETT MILLER, #2706615**, is released and discharged by the said Court; and that **JARRETT MILLER, #2706615,**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this  13th  day of December, 2019,

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**